UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

GREGORY SHARPE,

    Plaintiff,

                                     Case Number 06-11772-BC
v.                                       Honorable Thomas L. Ludington

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Order issued on this date;

It is **ORDERED AND ADJUDGED** that judgment is **GRANTED** in favor of the defendant and against the plaintiff.

It is further **ORDERED AND ADJUDGED** that the determination of the Commissioner of Social Security is **AFFIRMED** and that the complaint is **DISMISSED** with prejudice.

                                                 s/Thomas L. Ludington
                                                 THOMAS L. LUDINGTON
                                                 United States District Judge

Dated: February 9, 2007

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 9, 2007.

                                       s/Tracy A. Jacobs
                                       TRACY A. JACOBS